


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>**RICHARD ALAN CHASTAIN,**<br><br>*Defendant.* | Case No. **24 CR 159 JFH** |

# INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

**ASSAULT WITH INTENT TO COMMIT MURDER IN INDIAN COUNTRY**
**[18 U.S.C. §§ 113(a)(1), 1151, & 1153]**

On or about July 17, 2024, within the Eastern District of Oklahoma, in Indian country, the defendant, **RICHARD ALAN CHASTAIN**, an Indian, did assault Victim with intent to commit murder, to wit: by cutting and stabbing Victim, in violation of Title 18, United States Code, Sections 113(a)(1), 1151, and 1153.

### COUNT TWO

**ASSAULT WITH A DANGEROUS WEAPON**
**WITH INTENT TO DO BODILY HARM IN INDIAN COUNTRY**
**[18 U.S.C. §§ 113(a)(3), 1151, & 1153]**

On or about July 17, 2024, within the Eastern District of Oklahoma, in Indian country, the defendant, **RICHARD ALAN CHASTAIN**, an Indian, did assault Victim with a dangerous weapon, with intent to do bodily harm, in violation of Title 18, United States Code, Sections 113(a)(3), 1151, and 1153.

## COUNT THREE

### ASSAULT RESULTING IN SERIOUS BODILY INJURY IN INDIAN COUNTRY
[18 U.S.C. §§ 113(a)(6), 1151, & 1153]

On or about July 17, 2024, within the Eastern District of Oklahoma, in Indian country, the defendant, **RICHARD ALAN CHASTAIN**, an Indian, did assault Victim, resulting in serious bodily injury, in violation of Title 18, United States Code, Sections 113(a)(6), 1151, and 1153.

## COUNT FOUR

### MAIMING IN INDIAN COUNTRY
[18 U.S.C. §§ 114, 1151, & 1153]

On or about July 17, 2024, within the Eastern District of Oklahoma, in Indian country, the defendant, **RICHARD ALAN CHASTAIN**, an Indian, with intent to maim and disfigure, did cut off and disable a finger of Victim, in violation of Title 18, United States Code, Sections 114, 1151, and 1153.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

JONATHAN E. SOVERLY, IN BAR # 32155-45
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

2